[No. 7637–3–II.   Division Two.   October 28, 1986.]

RONALD QUARRY, *Appellant,* v. EUGENE DYKES,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 297226, Floyd V. Hicks, J., entered February
22, 1984. *Affirmed* by unpublished opinion per Alexander,
J., concurred in by Worswick, C.J., and Petrich, J.

[No. 8345–1–II.   Division Two.   October 28, 1986.]

WASHINGTON FEDERATION OF STATE EMPLOYEES, ET AL,
*Appellants,* v. THE STATE PERSONNEL
BOARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 80–2–00966–1, Carol A. Fuller, J., entered
November 13, 1984. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 8760–0–II.   Division Two.   October 29, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
DEAN OSBORN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 84–1–00224–0, John W. Schumacher,
J., entered May 6, 1985. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Worswick, C.J.,
and Petrich, J.

[No. 7724–8–II.   Division Two.   October 29, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
R. SIMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83–1–00377–4, James D. Roper, J., entered
April 13, 1984. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Petrich and Alexander, JJ.